**Order entered January 22, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01115-CV

## MIDWEST COMPRESSOR SYSTEMS LLC D/B/A LRS, Appellant

## V.

## HIGHLAND IMPERIAL, INC, Appellee

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-02584-2017**

## ORDER

As directed to do so, appellant has filed written verification it has paid the court reporter her fee for preparing the reporter's record. Accordingly, we **ORDER** Kristen Kopp, Official Court Reporter for County Court at Law No. 2, to file the reporter's record no later than February 3, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Kopp and the parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE